THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0271-JCC |
| Plaintiff, | ORDER |
| v. | |
| JASON MATTHEW CLARK, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to modify the terms of supervised release (Dkt. No. 39). On May 22, 2018, the Court entered a judgment for revocation of supervised release. (Dkt. No. 38.) As a condition of supervision, the Court ordered a possible 25 percent gross income subsistence fee for participation in a residential reentry program. (*Id*.) Defendant asks the Court to reduce the fee to 10 percent The Court GRANTS Defendant's motion (Dkt. No. 39). The halfway house subsistence fee is hereby reduced from 25 percent to 10 percent, as a special condition of supervision.

DATED this 14th day of June 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR16-0271-JCC
PAGE - 1